JULIA S. GREENHALL, on Her Own Behalf and on Behalf of All Others Similarly Situated, Respondent, v. LOUIS ROTHSCHILD and FRANCES S. ROTHSCHILD, Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

LOIS HARRIS, Respondent, v. TUDOR HARRIS, Appellant.*▮ Order confirming report of referee affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

ELSIE J. HASSALL, Respondent, v. CHRISTOPHER J. MOORE and Others, Appellants. †— Judgment modified so as to provide that defendant Christopher J. Moore be given credit for the services rendered by him in connection with the management of the Fernhurst place property as well as for his services in connection with the Jamaica avenue property; that defendants Christopher J. Moore and Florence S. Moore be given credit for the $7,000 admittedly received by plaintiff in connection with the transaction complained of, and that they be credited also with the $2,050 mortgage which plaintiff received from the Hensel transaction; that defendant Florence S. Moore be given credit for the value of the two lots upon which the Fernhurst place properties were constructed, and that items (c), (d) and (e) be stricken from the judgment and from conclusion of law No. 11 as subjects of the accounting, since they are not involved in this litigation. As so modified the judgment is unanimously affirmed, without costs. New findings will be made in order to carry out the foregoing directions. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ. Settle order on notice.

ERNEST W. HOFSTATTER, Appellant, v. CHARLES H. JONES, Individually and as Executor, EDWARD R. FINCH and LOUISE C. JONES, as Executors of the Last Will and Testament of MARY E. JONES, Deceased, Respondents, Impleaded with ROSALIE J. DILL (nee JONES), as Executrix, etc., of Said Deceased, Defendant.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

HOWARD BEACH, INC., Respondent, v. MARIE R. JACKSON and JOSEPH E. JACKSON, Appellants.— Order modified so as to grant the plaintiff's motion to strike out all of the defenses contained in the defendants' answer, but denying its motion to strike out the counterclaims, and as modified, affirmed, with ten dollars costs and disbursements to appellants. In our opinion, the defendants have set forth no defenses in their answer, but the counterclaims alleged are sufficient, if proved, to entitle them to offset the amounts claimed against the amount due upon the bond and mortgage in question. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.